BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-172-AWI-DLB |
| Plaintiff, | |
| v. | **APPLICATION AND ORDER TO UNSEAL INDICTMENT** |
| LUIS GARCIA, AKA "GOOFY," | |
| Defendant. | |

The United States of America hereby applies for an order unsealing the indictment in the above-captioned case as the defendant has been apprehended.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: July 13, 2012                     By:    /s/ Yasin Mohammad
                                                                YASIN MOHAMMAD
                                                                Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:12-CR-172-AWI-DLB |
|---|---|
| Plaintiff, | ) **ORDER UNSEALING INDICTMENT** |
| v. | ) |
| LUIS GARCIA, AKA "GOOFY," | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED THAT the indictment in the above-captioned case be UNSEALED as the defendant has been apprehended.

IT IS SO ORDERED.

Dated: **July 16, 2012**           /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE