JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
LUIS ALBERTO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-00172 AWI-BAM-1 |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date: April 8, 2013 |
| LUIS ALBERTO GARCIA, | Time: 1:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Luis Alberto Gonzalez, that the date for status conference in this matter may be continued to April 8, 2013, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is March 25, 2013. The requested new date is April 8, 2013.**

Defense counsel Eric V. Kersten has been summons for jury duty on March 25, 2013 and may not be available to appear at the currently scheduled time. It is therefore requested that the upcoming status conference be continued to the next regularly scheduled law and motion calendar to allow for defense counsel's personal presence at the hearing.

////

The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for continuity of counsel and effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: March 21, 2013   By */s/ Laurel J. Montoya*
LAUREL J. MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: March 21, 2013   By */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
LUIS ALBERTO GARCIA

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **March 21, 2013**        */s/* **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE